UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**VIRGINIA MARIE OJEDA**                                         **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO.: 4:20-cv-00060-JMV**

**ANDREW SAUL,**
*COMMISSIONER OF*
*SOCIAL SECURITY ADMINISTRATION*                          **DEFENDANT**

## FINAL JUDGMENT

Consistent with the memorandum opinion entered today, it is hereby **ORDERED and ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**. Accordingly, the Clerk is directed to close this case.

**THIS** 15th day of March, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE